No. 03–6344. SOSA-FUENTES *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 03–6347. ROGERS *v.* UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 03–6348. JONES *v.* UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 03–6351. ESPINOSA-HERRERA *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 03–6353. CAZACO, AKA NELSON, AKA NISBETT *v.* UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 03–6355. AGUILAR *v.* UNITED STATES. C. A. 2d Cir. Certiorari denied.

No. 03–6358. KHAN-BEY, AKA GLOVER *v.* UNITED STATES. C. A. 3d Cir. Certiorari denied.

No. 03–6361. JACKSON *v.* UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 03–6365. BROWN *v.* UNITED STATES. C. A. 8th Cir. Certiorari denied.

No. 03–6369. PAZ *v.* UNITED STATES. C. A. 3d Cir. Certiorari denied.

No. 03–6370. WALKER *v.* UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 03–6371. SCOTT *v.* UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 03–6373. MORALES-VEGA *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 03–6378. LONEDOG *v.* UNITED STATES. C. A. 10th Cir. Certiorari denied.

No. 03–6379. BRATCHER *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.